
BARBER *vs.* McHENRY, Sheriff of Allegany.

*An amendment of a declaration in a penal suit will be allowed, the same as
in ordinary actions.*

February 3. MOTION to amend declaration. The action is to recover a *penalty* of $1250, for not advertising pursuant to the directions of the statute real estate sold under execution. The judgment in the declaration is stated to have been rendered in October term, 1827, whereas, by the record, it appears to have been rendered in October, 1828; and the execution is stated to have been delivered to the sheriff on the day of its *teste*, to wit, on the fourth Tuesday of October, whereas it was not in fact delivered until the 15th January, 1829. The suit was commenced against the sheriff in August term, 1829, the declaration was delivered in August, 1830, a plea of *nil debet* was put in, in September, and the cause noticed for trial at the Allegany circuit, appointed to be held on the 21st October. On the first day of the circuit, the plaintiff's attorney discovered the variance, refused to try the cause, and now applies for leave to *amend*, which is opposed on the ground of the action being for a *penalty* claimed of a public officer.

*J. Edwards*, for plaintiff.

*M. Fillmore*, for defendant.

*By the Court*, SAVAGE, Ch. J. The law in relation to amendments is the same in actions for penalties and forfeitures as in other actions. 2 *R. S.* 425, § 10. The motion is granted on payment of all costs.